**Order entered May 13, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01019-CV

## FEYSAL AYATI-GHAFFARI AND IRANA HAGNAZARI, Appellant

## V.

## HAZAWIPERI JACKIE GUMBODETE AND JOSE ANAYA, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04867-2012**

## ORDER

Feysal Ayati-Ghaffari's April 22, 2015 "Motion to Permit Amicus to Argue in This Suspending Appeal" is **DENIED**.

/s/     DAVID L. BRIDGES
        PRESIDING JUSTICE